UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☑ | 1 _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Juan Serrano                JOINT DEBTOR: _____        CASE NO.: 17-23646

SS#: xxx-xx- 0908                SS#: xxx-xx-_____

## I.   NOTICES

**To Debtors:**  Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:**  Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:**  The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | | |
|---|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | Included | ☑ | Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | Included | ☑ | Not included |
| Nonstandard provisions, set out in Section VIII | ☐ | Included | ☑ | Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.  $1,469.12          for months  1  to  2 ;

2.  $1,484.52          for months  3  to  15 ;

3.  $1,459.66          for months  16  to  60 ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE      ☐ PRO BONO

| Total Fees: | $3500.00 | Total Paid: | $2000.00 | Balance Due: | $1500.00 |
|---|---|---|---|---|---|
| Payable | $100.00 | /month (Months 1 to 15 ) | | | |
| Payable | | /month (Months ___ to ___ ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3,500 Chapter 13 Case

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS

**A.  SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: Broward County Records, Taxes and Treasury | | | | |
|---|---|---|---|---|
| Address: 115 S AndrewsAve;A100 Fort Lauderdale, FL 33301 | Arrearage/ Payoff on Petition Date | 18484.75 including 18% | | |
| | Arrears Payment (Cure) | $308.07 | /month (Months 1 to 60 ) | |
| | Arrears Payment (Cure) | | /month (Months to ) | |

Debtor(s): Juan Serrano      Case number: 17-23646

   D.  <u>SURRENDER OF COLLATERAL</u>: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

       ☒ NONE

   E.  <u>DIRECT PAYMENTS</u>: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

       ☒ NONE

IV.   <u>TREATMENT OF FEES AND PRIORITY CLAIMS</u> [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A.  <u>ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE</u>: ☒ NONE

   B.  <u>INTERNAL REVENUE SERVICE</u>:  ☒ NONE

   C.  <u>DOMESTIC SUPPORT OBLIGATION(S)</u>: ☒ NONE

   D.  <u>OTHER</u>: ☒ NONE

V.   <u>TREATMENT OF UNSECURED NONPRIORITY CREDITORS</u>

   A.  Pay _____ $77.40 _____ /month (Months _16_ to _60_ )

      Pay _____ /month (Months ____ to ___ )

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B.  ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C.  <u>SEPARATELY CLASSIFIED</u>:  ☒ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI.   <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

       ☒ NONE

VII.  <u>INCOME TAX RETURNS AND REFUNDS</u>: ☐ NONE

       ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII.  <u>NON-STANDARD PLAN PROVISIONS</u> ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Juan F Serrano      Debtor   2/23/2018                   Joint Debtor
_____         _____
Juan Serrano                  Date                                        Date

/s/ Ricardo Corona, Esq.     2/23/2018
_____            
  Attorney with permission to sign on       Date
  Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**